[No. 40382-0-II.   Division Two.   September 7, 2011.]

VERONIKA CARDENAS, *Appellant*, v. INTEROCEAN AMERICAN SHIPPING CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-13984-6, Thomas Felnagle, J., entered January 22, 2010. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Hunt, J.

[Nos. 40631-4-II; 40641-1-II;   Division Two.   September 7, 2011.]
40651-9-II; 40661-6-II.

THE STATE OF WASHINGTON, *Respondent*, v. D.R., *Appellant*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 08-8-00207-0, Gordon Godfrey, J., entered April 16, 2010. *Dismissed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 40788-4-II.   Division Two.   September 7, 2011.]

MATTHEW CLEVERLEY, *Appellant*, v. CAROLE CAMPBELL, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-2-03021-1, Craddock D. Verser, J. Pro Tem., entered April 30, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 40976-3-II.   Division Two.   September 7, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ALEXIS GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01564-9, Frederick W. Fleming, J., entered July 19, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Hunt and Van Deren, JJ.